# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ALBERT SNELLINK,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**UNIVERSAL TRAVEL GROUP, INC., ET AL.,**
*Defendant*

CASE NUMBER: **2:11–CV–02164–KSH –PS**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Jacquetta Baker**

(By) DEPUTY CLERK



**ISSUED ON 2011–04–18 09:21:21.0**, Clerk
USDC NJD

# AFFIDAVIT

## UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

1

2

3  ALBERT SNELLINK, ET AL.

                                            Plaintiff,       Case No.: 2:11-CV-02164-KSHPS

4  vs.

5  UNIVERSAL TRAVEL GROUP, INC., ET AL.

                                            Defendant       Dept. No.:

6

7

8

9         JOHN LEE R-004475, being first duly sworn, deposes and says:  That affiant is a citizen of the United States, over 18 years of age, an employee of Reno/Carson Messenger Service, Inc. #322 and not a party to, nor interested in the within action.  Affiant received the documents on the 23rd day of June, 2011.

10

11

12  On 23rd day of June, 2011, at 1:45PM affiant personally served a copy of the:
SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT;

13  On **MICHELLE ELLIS,** pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of UNITED CORPORATE SERVICES, INC., resident agent for **UNIVERSAL**

14  **TRAVEL GROUP, INC.**, at the address of:
**202 S MINNESOTA STREET,**

15  **CARSON CITY, NV 89703**

16         Affiant does hereby affirm under penalty of perjury that the assertions of this affidavit are

17  true.

18

                 JOHNNO LAZETICH
                 Notary Public - State of Nevada
                 Appointment Recorded in Washoe County
                 No: 04-89542-2 - Expires January 28, 2012

19                                  JOHN LEE R-004475

20

SIGNED and SWORN to before me on

21  24th day of June, 2011, by JOHN LEE R-004475.

22  NOTARY PUBLIC
ROSH15 321163

23

24

25