```
_____      :
                                      :
                                      :       UNITED STATES DISTRICT COURT
ALBERT SNELLINK, INDIVIDUALLY  :       DISTRICT OF NEW JERSEY
AND ON BEHALF OF ALL OTHERS    :
SIMILARLY SITUATED,            :
                                      :
          Plaintiff(s),        :
                                      :
                                      :
     -vs-                      :       Civil Action No. 11-2164 (SDW)
                                      :
                                      :
                                      :              ORDER
UNIVERSAL TRAVEL GROUP, INC.,  :
et al.,                        :
                                      :
                                      :
          Defendant(s),        :
_____      :
```

THIS MATTER having come before the Court on two motions to appoint lead plaintiff and

plaintiff's selection of lead counsel (Docket Entry Nos. 40 and 41); and for the reasons set forth on

the record and good cause shown;

IT IS on this 19th day of July, 2012,

ORDERED that:

1.    Van Hove Group and its members are appointed as Lead Plaintiff for the class;

2.    Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A.

      is appointed Lead Counsel; and

3.    Lead Counsel shall manage the prosecution of this litigation.  Lead Counsel are to

      avoid duplicative or unproductive activities and are hereby vested by the Court with

the responsibilities that include, without limitation, the following: (1) to prepare all

pleadings; (2) to direct and coordinate the briefing and arguing of motions in

accordance with the schedules set by the orders and rules of this Court; (3) to initiate

and direct discovery; (4) to prepare the case for trial; and (5) to engage in settlement

negotiations on behalf of the Lead Plaintiff and Class.

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

Original:      Clerk
cc:              Hon. Susan D. Wigenton, U.S.D.J.
                   File