|  |  |
|---|---|
| ALBERT SNELLINK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, : : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), : : | |
| -vs- : : : | Civil Action No. 11-2164 (SDW) ORDER |
| UNIVERSAL TRAVEL GROUP, INC., et al., : : : | |
| Defendant(s), : : | |

**THIS MATTER** having come before the Court on Plaintiff's motion for alternate service (Docket Entry 87) and the Court having considered the papers filed in support of and in opposition to the motion and for the reasons set forth on the record on March 24, 2014; and for good cause shown;

**IT IS** on this 25th day of March, 2014,

**ORDERED** that Plaintiff's motion for alternate service (Docket Entry 87) is denied without prejudice.

          *s/Madeline Cox Arleo*
          MADELINE COX ARLEO
          United States Magistrate Judge

cc:      Hon. Susan D. Wigenton, U.S.D.J.
           File