**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

[Proposed] Class Counsel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALBERT SNELLINK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL TRAVEL GROUP, INC., JIANGPING JIANG, YIZHAO ZHANG, JIANG XIE, JIDUAN YUAN, LAWRENCE LEE, and LIZONG WANG<br><br>Defendants. | CASE No.: 2:11-cv-2164 (KM) (MCA)<br><br>**NOTICE OF MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (II) A PRELIMINARY DETERMINATION THAT CLASS TREATMENT IS APPROPRIATE, AND (III) APPROVAL OF NOTICE AND NOTICE PLAN** |

1

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing on this motion, Lead Plaintiffs P. Van Hove BVBA, Pascal Van Hove GCV , John Thollon, Michael Zabinski, Jean Doyle, and Mark Larosa (the "Lead Plaintiffs") move the Court, before the Honorable Judge Kevin McNulty, United States District Judge for the United States District Court, District of New Jersey, at the Martin Luther King, Jr. Federal Building and United States Courthouse, Room 03, 50 Walnut Street, Newark, NJ 07101, at a date and time to be specified by the Court, for an order: (i) granting Preliminary Approval of the Proposed Settlement (the "Settlement"); (ii) granting conditional certification of the Settlement Class; and (iii) granting approval of the Notice to the Settlement Class. The Settling Defendants, as defined in the Stipulation, do not oppose this motion.

Dated: January 26, 2015                                   Respectfully submitted,

                                                                                    **THE ROSEN LAW FIRM, P.A.**
                                                                                    /s/ Laurence M. Rosen
                                                                                    Laurence M. Rosen, Esq.
                                                                                    609 W. South Orange Avenue
                                                                                    Suite 2P
                                                                                    South Orange, NJ 07079
                                                                                    Telephone: (973) 313-1887
                                                                                    Fax: (973) 833-0399
                                                                                    lrosen@rosenlegal.com

                                                                                    *[Proposed] Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this on January 26, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Executed on January 26, 2015

/s/ Laurence Rosen