# WEINER | LESNIAK LLP

ATTORNEYS AT LAW

CLARK E. ALPERT  www.weinerlesniak.com  calpert@weinerlesniak.com
Member of the Firm  Direct Dial: 973-352-8620

September 28, 2015

**VIA ELECTRONIC FILING**
Honorable Kevin McNulty, U.S.D.J.
New Jersey District Court
Frank R. Lautenberg U.S.P.O. & Courthouse
Newark, New Jersey 07102

      Re:    **P. Van Hove BVBA et al. v. Universal Travel Group, Inc., et al.**
             **Case No.: 2:11-cv-2164**

Dear Judge McNulty:

    I write to update the Court on changed circumstances regarding a collateral point in our June 1, 2015 Brief (on behalf of the so-called Auditor Defendants, including defendant Acquavella, Chiarelli, Shuster, Berkower & Co., LLP ("ACSB"))--in opposition to plaintiffs' motion for leave to file a Third Amended Complaint ("TAC"). (Dkt. No. 150, pp. 12-13). In that Brief, we accurately stated that due to plaintiffs' impropriety, ACSB's insurer Lexington was completely refusing to pay for ACSB's defense.

    Since that time, through great effort and expense on our part, we have caused Lexington to conditionally agree to pay for certain of ACSB's defense costs (but none for ACS), while continuing to disclaim coverage.

    This letter simply fulfills our duty to update the Court as to prior statements, and has no impact on the substantive arguments establishing that plaintiffs' motion should be denied.

    I thank the Court for its courtesies.

                                          Respectfully submitted,
                                          WEINER LESNIAK, LLP

                                          By:
                                          Clark E. Alpert
                                          A Member of the Firm

CEA/ck

cc via ECF:
      Honorable James B. Clark, III, U.S.M.J.
      All Counsel