**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Nicole B. Liebman, Esq. (Atty. I.D. No. 034782008)
nicole.liebman@wilsonelser.com
150 E. 42nd Street
New York, New York 10017
Tel:  (212) 915-5885  Fax: (212) 490-3000
*Attorneys for Defendants Acquavella, Chiarelli, Shuster, Berkower &. Co., LLP, Joseph Acquavella, Santo Chiarelli, Samuel Shuster, & Maurice Berkower*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| P. VAN HOVE BVBA, PASCAL VAN HOVE GCV, JOHN THOLLON, MICHAEL ZABINKSI, JEAN DOYLE, AND MARK LAROSA, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL TRAVEL GROUP, INC., *et al.*<br><br>Defendants. | Case  No. 2:11-cv-2164 (KM)(MCA)<br><br>**NOTICE OF DEFENDANTS ACQUAVELLA,  CHIARELLI, SHUSTER, BERKOWER & CO., LLP, JOSEPH ACQUAVELLA, SANTO CHIARELLI, SAMUEL SHUSTER, AND MAURICE BERKOWER'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |

To:  Laurence M. Rosen
      The Rosen Law Firm, P.A.
      609 W. South Orange Avenue
      Suite 2P
      South Orange, NJ 07079
      (973) 313-1887
      *Attorneys for Plaintiffs*

7121722v.1

SIR:

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), on December 21, 2015, at 9:00am, or as soon thereafter as counsel may be heard, Defendants Acquavella, Chiarelli, Shuster, Berkower &. Co., LLP, Joseph Acquavella, Santo Chiarelli, Samuel Shuster, and Maurice Berkower (collectively the "ACSB Defendants") shall move before the Honorable Kevin McNulty, U.S.D.J., at the United States District Court, M.L. King Jr. Federal Bldg. & Courthouse, 50 Walnut Street, Newark, New Jersey 07102 for an Ordered dismissing Plaintiffs' Third Amended Class Action Complaint as against said ACSB Defendants with prejudice.

PLEASE TAKE FURTH NOTICE that in support therefore, said ACSB Defendants shall rely on the accompanying Memorandum of Law in Support of Defendants Acquavella, Chiarelli, Shuster, Berkower &. Co., LLP, Joseph Acquavella, Santo Chiarelli, Samuel Shuster, and Maurice Berkower's Motion to Dismiss the Third Amended Class Action Complaint, the pleadings on file and the Certification of Nicole B. Liebman.  Oral argument is requested.  A proposed form of Order is also submitted herewith.

Dated: November 25, 2015

By: /s/ Nicole B. Liebman
William J. Kelly
Nicole B. Liebman

7121722v.1

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 E. 42nd Street
New York, NY 10017
Tel:  (212) 490-3000
Fax: (212) 490-3037
*Defendants Acquavella, Chiarelli, Shuster, Berkower & Co., LLP, Joseph Acquavella, Santo Chiarelli, Samuel Shuster, and Maurice Berkower*

7121722v.1