**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

March 31, 2016

**LETTER ORDER**

Re:   **P. Van Hove BVBA v. Universal Travel Group, Inc., et. al.**
      **Civil Action No. 11-2164 (KM)**

Dear Counsel:

The Court will conduct a telephone conference with the parties in this matter on **April 7, 2016 at 3:00 PM**. Counsel for Plaintiff shall initiate the call.

   **IT IS SO ORDERED.**

                                                                                    s/ James B. Clark, III
                                                                            **JAMES B. CLARK, III**
                                                                            **United States Magistrate Judge**