**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Michael R. McAndrew, Esq. (MRM8446)
Michael.mcandrew@wilsonelser.com
**200 Campus Drive**
**Florham Park, New Jersey 07932**
**Tel:  (973) 624-0800  Fax: (973) 624-0808**
**Attorneys for Defendants Acquavella, Chiarelli, Shuster, Berkower &. Co., LLP,**
**Joseph Acquavella, Santo Chiarelli, Samuel Shuster, & Maurice Berkower**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| P. VAN HOVE BVBA, PASCAL VAN HOVE GCV, JOHN THOLLON, MICHAEL ZABINSKI, JEAN DOYLE, AND MARK LAROSA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiffs,<br><br>       vs.<br><br>UNIVERSAL TRAVEL GROUP, INC., JIANGPING JIANG, YIZHAO ZHANG, JIANG XIE, JIDUAN YUAN, LAWRENCE LEE, LIZONG WANG, DAVID T. SVOBODA, AND ACQUAVELLA, CHIARELLI, SHUSTER & CO., LLP, ACQUAVELLA, CHIARELLI, SHUSTER, BERKOWER & CO., LLP, JOSEPH P. ACQUAVELLA, SANTO CHIARELLI, SAMUEL SHUSTER, AND MAURICE BERKOWER,<br><br>       Defendants. | CASE No.: 2:11-cv-2164 (KM) (MCA)<br><br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that I, Michael R. McAndrew, Esq., an associate with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby appear in this action on behalf of Defendants Acquavella, Chiarelli, Shuster, Berkower &. Co., LLP, Joseph Acquavella, Santo Chiarelli, Samuel Shuster, & Maurice Berkower.  I am a member in good standing of the bar of this Court.

2055853v.1

I hereby request service of all papers filed in this Court upon our office.

Dated: April 20, 2016		By:	*/s/ Michael R. McAndrew Esq.*
					Michael R. McAndrew, Esq. (MRM-8446)
					michael.mcandrew@wilsonelser.com
					WILSON ELSER MOSKOWITZ
					EDELMAN & DICKER LLP
					200 Campus Drive
					Florham Park, NJ 07932
					(973) 624-0800
					(973) 624-0808

2055853v.1