**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue
Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Lead counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| P. VAN HOVE BVBA, PASCAL VAN HOVE GCV, JOHN THOLLON, MICHAEL ZABINSKI, JEAN DOYLE, AND MARK LAROSA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNIVERSAL TRAVEL GROUP, INC., JIANGPING JIANG, YIZHAO ZHANG, JIANG XIE, JIDUAN YUAN, LAWRENCE LEE, LIZONG WANG, DAVID T. SVOBODA, AND ACQUAVELLA, CHIARELLI, SHUSTER & CO., LLP, ACQUAVELLA, CHIARELLI, SHUSTER, BERKOWER & CO., LLP, JOSEPH P. ACQUAVELLA, SANTO CHIARELLI, SAMUEL SHUSTER, AND MAURICE BERKOWER,<br><br>          Defendants. | CASE No.: 2:11-cv-2164 (KM) (JBC) |

**NOTICE OF MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (II) A PRELIMINARY DETERMINATION THAT CLASS CERTIFICATION FOR SETTLEMENT PURPOSES IS APPROPRIATE AND (III) APPROVAL OF <u>NOTICE AND NOTICE PLAN</u>**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing on this motion, Lead Plaintiffs P. Van Hove BVBA, Pascal Van Hove GCV , John Thollon, Michael Zabinski, Jean Doyle, and Mark Larosa (the "Lead Plaintiffs") move the Court, before the Honorable Judge Kevin McNulty, United States District Judge for the United States District Court, District of New Jersey, at the Martin Luther King, Jr. Federal Building and United States Courthouse, Room 03, 50 Walnut Street, Newark, NJ 07101, at a date and time to be specified by the Court, for an order: (i) granting Preliminary Approval of the Proposed Settlement (the "Settlement"); (ii) granting conditional certification of the Settlement Class; and (iii) granting approval of the Notice to the Settlement Class. The Defendants do not oppose this Motion.

Lead Plaintiffs request that the Court set a date for the Final Settlement Hearing, pursuant to Federal Rule of Civil Procedure 23(e), for a day not less than 135 days after the Court's order granting Preliminary Approval.

Dated: July 1, 2016                            Respectfully submitted,

                                                                **THE ROSEN LAW FIRM, P.A.**

                                                                /s/ Laurence M. Rosen
                                                                Laurence M. Rosen LR-5733
                                                                609 W. South Orange Avenue, Suite 2P
                                                                South Orange, NJ 07079
                                                                Telephone: (973) 313-1887
                                                                Fax: (973) 833-0399
                                                                lrosen@rosenlegal.com

                                                                Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby certify that on July 1, 2016, I filed a copy of the foregoing document via CM/ECF, which sent notification of such filing to all counsel of record. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2016                                   /s/ Laurence M. Rosen

                                                              Laurence M. Rosen