UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| P. VAN HOVE BVBA, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL TRAVEL GROUP, *et al.*,<br><br>Defendants. | No. 11-cv-02164 (JMV) (JBC) |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE
CLASS ACTION FAIRNESS ACT (28 U.S.C. § 1715)**

On January 13, 2017, Defendants Universal Travel Group, Jiangping Jiang, and Jing Xie provided notice of the settlement of this case, as described more fully in the accompanying Declaration of Richard H. Zelichov in Support of Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715, the Class Action Fairness Act.

Dated: New York, New York
January 19, 2017

**KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ Jonathan A. Rotenberg

jonathan.rotenberg@kattenlaw.com
575 Madison Avenue
New York, NY 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Counsel for Defendants Universal Travel Grou*p*, Inc., Jiangping Jiang, and Jing Xie*